Form 12 - Travel
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

Name of Offender: **Daniel Pinsonault**

Case Number: **2:13CR00051**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **November 18, 2014**

Original Offense: **Conspiracy to Manufacture a Controlled Substance - Marijuana**

Original Sentence: **4 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 15, 2015**

## SUMMARY

On November 7, 2017, Mr. Pinsonault submitted a request for international travel, specifically going on a Royal Caribbean Cruise Ship traveling to the following locations: Fort Lauderdale, Florida, San Juan, Puerto Rico, and St. Johns, Antigua. The purpose of this travel is a family vacation, and the dates of the cruise are from December 1, 2017, to December 10, 2017. If the proposed travel is approved, Mr. Pinsonault would take a flight to the departure port in Florida. The estimated cost of the trip is $3,000, which he plans on paying through his savings account.

Currently, Mr. Pinsonault is in compliance with his conditions of supervision. Probation does not oppose his request to travel at this time. Mr. Pinsonault is aware that if the Court does not approve his travel request, he will be required to stay in the United States until he satisfactorily completes his term of supervision.

Respectfully submitted,

*Jessica Racaza*  Jessica Racaza
2017.11.13
08:20:56 -08'00'

---

Jessica Racaza
United States Probation Officer

**RE: Daniel Pinsonault**

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

_____
Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

**X**   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

_____
Signature of Judicial Officer

11/13/2017
Date